

919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

Sidney S. Liebesman
Direct Dial: 302-622-4237
Email Address: SLiebesman@FoxRothschild.com

February 23, 2024

VIA CM/ECF AND HAND DELIVERY

The Honorable Jennifer L. Hall
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6312
Wilmington, DE 19801-3555

      **Re:** *Vitaworks IP, LLC, et al v. Glanbia Nutritionals (NA), Inc., et al.*, **Case No. 21-327 JLH**

Dear Judge Hall:

I am Delaware counsel for the Plaintiffs in this matter. I attended today's hearing along with my colleagues, Jonathan R. Lagarenne, Esq. and Jennifer Handforth (paralegal) both of Fox Rothschild LLP. I write in response to Your Honor's Oral Order from this afternoon (Doc. No. 152) concerning the broadcast or recording of the hearing.

I personally confirmed and hereby certify that no one attending the hearing on behalf of the Plaintiffs broadcasted or recorded any video or audio from the Court proceedings today in any way whatsoever.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington



February 23, 2024
Page 2

Respectfully submitted,

*/s/ Sidney S. Liebesman*

Sidney S. Liebesman (DE Bar No. 3702)

cc: All Counsel of Record (via CM/ECF)