

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

Samantha G. Wilson
P 302.571.5018
swilson@ycst.com

February 23, 2024

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court for the District
of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re: *Vitaworks IP, LLC et al. v. Glanbia Nutritionals (NA), Inc.*,
            C.A. No. 21-327-JLH

Dear Judge Hall:

    Per the Oral Order of the Court issued on February 23, 2024, I certify that I was seated at Defendants' counsel table during the Claim Construction Hearing that took place in Courtroom 6D before Your Honor on February 23, 2024. Stephen Yang, Ariana Randal, and Daniel G. Mackrides were seated alongside me at Defendants' counsel's table. As confirmed in the enclosed certifications from Messrs. Yang and Mackrides, Ms. Randal, and myself, no one at Defendants' counsel table broadcasted, recorded, or transcribed any video or audio from the Court proceedings in any way whatsoever for the entire duration of the proceeding.

    Attached are the foregoing certifications. Should Your Honor have any further questions regarding the foregoing, counsel for Defendants are available at the Court's convenience.

                                      Respectfully,

                                      */s/ Samantha G. Wilson*

                                      Samantha G. Wilson (No. 5816)

Enclosures
cc: All Counsel of Record (via cm/ecf and email)

## **CERTIFICATION FROM COUNSEL**

1. I, Samantha G. Wilson, certify that I sat at Defendants' counsel table on February 23, 2024, at a Claim Construction Hearing in the matter styled *Vitaworks IP, LLC, et al. v. Glanbia Nutritionals (NA), Inc.*, C.A. No. 21-327-JLH, before the Honorable Jennifer L. Hall.

2. I certify that for the entire duration of the foregoing proceeding, I was neither broadcasting, recording, nor transcribing any video or audio from the Court proceedings in any way whatsoever.

3. I further certify that, to my knowledge, no one at Defendants' counsel table was broadcasting, recording, or transcribing any video or audio from the Court proceedings in any way whatsoever during the entire duration of the foregoing proceeding.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of February, 2024, in Wilmington, Delaware.

_____
Samantha G. Wilson

## CERTIFICATION FROM COUNSEL

1. I, Stephen Yang, certify that I sat at Defendants' counsel table on February 23, 2024, at a Claim Construction Hearing in the matter styled *Vitaworks IP, LLC, et al. v. Glanbia Nutritionals (NA), Inc.*, C.A. No. 21-327-JLH, before the Honorable Jennifer L. Hall.

2. I certify that for the entire duration of the foregoing proceeding, I was neither broadcasting, recording, nor transcribing any video or audio from the Court proceedings in any way whatsoever.

3. I further certify that, to my knowledge, no one at Defendants' counsel table was broadcasting, recording, or transcribing any video or audio from the Court proceedings in any way whatsoever during the entire duration of the foregoing proceeding.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of February, 2024, in Wilmington, Delaware.

_____
Stephen Yang

## CERTIFICATION FROM COUNSEL

1.  I, Ariana Randal, certify that I sat at Defendants' counsel table on February 23, 2024, at a Claim Construction Hearing in the matter styled *Vitaworks IP, LLC, et al. v. Glanbia Nutritionals (NA), Inc.*, C.A. No. 21-327-JLH, before the Honorable Jennifer L. Hall.

2.  I certify that for the entire duration of the foregoing proceeding, I was neither broadcasting, recording, nor transcribing any video or audio from the Court proceedings in any way whatsoever.

3.  I further certify that, to my knowledge, no one at Defendants' counsel table was broadcasting, recording, or transcribing any video or audio from the Court proceedings in any way whatsoever during the entire duration of the foregoing proceeding.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of February, 2024, in Wilmington, Delaware.

_____
Ariana Randal

## **CERTIFICATION FROM COUNSEL**

1. I, Daniel G. Mackrides, certify that I sat at Defendants' counsel table on February 23, 2024, at a Claim Construction Hearing in the matter styled *Vitaworks IP, LLC, et al. v. Glanbia Nutritionals (NA), Inc.*, C.A. No. 21-327-JLH, before the Honorable Jennifer L. Hall.

2. I certify that for the entire duration of the foregoing proceeding, I was neither broadcasting, recording, nor transcribing any video or audio from the Court proceedings in any way whatsoever.

3. I further certify that, to my knowledge, no one at Defendants' counsel table was broadcasting, recording, or transcribing any video or audio from the Court proceedings in any way whatsoever during the entire duration of the foregoing proceeding.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of February, 2024, in Wilmington, Delaware.

_____
Daniel G. Mackrides