

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

January 9, 2025

**BY CM/ECF and HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:    *Vitaworks IP, LLC, et al. v. Glanbia Nutritionals (NA), Inc., et al.*,
               C.A. No. 21-327-JLH

Dear Judge Burke:

      This firm, together with Dentons US LLP, represent Defendants in the above-referenced action. On December 5, 2024, Your Honor granted and denied-in-part Plaintiffs' counsel Fox Rothschild's motion to withdraw (D.I. 282), and ordered that if new counsel for Plaintiffs do not enter an appearance by January 3, 2025, then "Defendants shall file any motion for default" and "shall also file any other motion relevant to the pendency of Plaintiffs' affirmative claims" by January 10, 2025. *See* D.I. 290.

      Defendants have been advised that on December 31, 2024, both Plaintiffs filed Chapter 7 Voluntary Petitions for Bankruptcy before the United States Bankruptcy Court for the District of New Jersey, Pet. Nos. 24-bk-22767, 24-bk-22770. Plaintiffs' petitions filed in those cases are attached to this letter as Exhibits A and B, respectively. Communications from Fox Rothschild and Plaintiffs' New Jersey counsel regarding this action and the petitions are attached as Exhibits C and D (w/o encl.), respectively.

      Defendants understand that in light of Plaintiffs' bankruptcy petitions, this action is subject to an automatic stay pursuant to 11 U.S.C. § 362, and they are thus not permitted to, at this time, file their motions pursuant to Your Honor's December 5, 2024 Order. Defendants will keep Your Honor informed on the status of Plaintiffs' bankruptcy proceedings, and respectfully request the opportunity to file their motions at an appropriate time.[1]

---

[1] On January 2, 2025, the bankruptcy court docketed in each of Plaintiffs' bankruptcy proceedings an Order to Show Cause Why Case Should Not be Dismissed because Plaintiffs failed to provide their summaries of assets and liabilities. Pet. No. 24-bk-22767, D.I. 5; Pet. No. 24-bk-22770, D.I. 5 (Bankr. D.N.J.). As of today, Plaintiffs have yet to respond to these orders. The deadlines set by the Orders to Show Cause Why Case Should Not Be Dismissed is January 28, 2025.

Young Conaway Stargatt & Taylor, LLP
The Honorable Christopher J. Burke
Page 2

Should Your Honor have any questions, Defendants' counsel are available at the Court's convenience.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

cc:    All Counsel of Record (via CM/ECF)

Eric R. Perkins (via email)
Becker LLC
354 Eisenhower Parkway
Livingston, NJ 07039
973-422-1100
eperkins@becker.legal

Andrea Dobin (via email)
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
adobin@msbnj.com

# Exhibit A

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Vitaworks, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2727286** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**195 Black Horse Lane**<br>**North Brunswick, NJ 08902**<br>Number, Street, City, State & ZIP Code<br><br>**Middlesex**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **info@vitaworks.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor    **Vitaworks, LLC**
_____    Case number (*if known*) _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor     **Vitaworks, LLC**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor     **Vitaworks IP, LLC** _____     Relationship _____

District _____     When _____     Case number, if known _____

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.     Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Vitaworks, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million

- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50  million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million

- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **Vitaworks, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 31, 2024**
                          MM / DD / YYYY

**X /s/ Song Hu**                                                          **Song Hu**
Signature of authorized representative of debtor                Printed name

Title      **President**

**18. Signature of attorney**

**X /s/ Eric R. Perkins**                                        Date      **December 31, 2024**
Signature of attorney for debtor                                            MM / DD / YYYY

**Eric R. Perkins**
Printed name

**Becker LLC**
Firm name

**354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone      **973-422-1100**          Email address      **eperkins@becker.legal**

_____
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  **Vitaworks, LLC**

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the Debtor beyond the 341(a) meeting, representation in any non-dischargeability proceedings and/or other Adversary proceedings, representation regarding any subpoenas or document requests and representation to file and prepare amendments to petition, schedules and statement of financial affairs.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 31, 2024**
_____
_Date_

**/s/ Eric R. Perkins**
**Eric R. Perkins**
_Signature of Attorney_
**Becker LLC**
**354 Eisenhower Parkway**
**Plaza Two, Suite 1500**
**Livingston, NJ 07039**
**973-422-1100  Fax: 973-422-9122**
**eperkins@becker.legal**
_Name of law firm_

A&C Pharmtech, Inc.
66 Walker Lane
Newtown, PA 18940


Acumen BioPharma
PO Box 305
Oceanport, NJ 07757


Attorney General's Office, Div. of Law
Richard J. Hughes Justice Complex
25 West Market Street, P.O. Box 080
Trenton, NJ 08625


BMK Scientific Consulting, Inc.
25 Riverview Avenue
Piscataway, NJ 08854


ChiroBlock GmbH
Andresenstrasse 1a
Wolfen Germany
D-06766


Cravath Swaine Moore
2 Manhattan West
375 9th Avenue
New York, NY 10001


George Chin
916 Transcontinental Drive
Metairie, LA 70001


Gimigliana Mauriello & Maloney, PA
PO Box 1449
Morristown, NJ 07962-1449


Gregory Edwards
4301 Garden City Drive
Suite 420
Hyattsville, MD 20785


Innovative Driven
1500 Wilson Boulevard, 15th Floor
Arlington, VA 22209

```
Internal Revenue Service
Attn: Bankruptcy Unit
PO Box 7346
Philadelphia, PA 19101


Jimmy Chin
7 Brunelleschi Court
Monmouth Junction, NJ 08852


Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016


Liping Song
18 Dodds Lane
Princeton, NJ 08540


Morningside Translations, LLC
Woodland Towers
4001 S 700 East
Suite 500 #B17
Salt Lake City, UT 84107


Morris Nichols
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347


Planet Depos - International
PO Box 791571
Baltimore, MD 21279-1571


Robert E. Maleczka Consultant
13420 Tucker Drive
DeWitt, MI 48820


Scitemex LLC
541 Ballytore Road
PO Box 540
Wynnewood, PA 19096


State of New Jersey,Division of Taxation
Bankruptcy Unit 3
John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245
```

Stout Risius Ross, LLC
PO Box 71770
Chicago, IL 60694-1770


TransPerfect Translations International
Attn: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10010


United States Attorney
Peter Rodino Federal Building
970 Broad Street, 5th Floor
Newark, NJ 07102


Wellman Wu
511 Old Post Road
Edison, NJ 08817


Zhong Lun Law Firm
22-31/F, South Tower of CP Center
20 Jin He East Avenue
Chaoyang District
Beijing 100020 China

# United States Bankruptcy Court
### District of New Jersey

In re   **Vitaworks, LLC**                                        Case No. _____

                                     Debtor(s)             Chapter     **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vitaworks, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 31, 2024**
_____
Date

**/s/ Eric R. Perkins**
_____
**Eric R. Perkins**
Signature of Attorney or Litigant
Counsel for   **Vitaworks, LLC**
**Becker LLC**
**354 Eisenhower Parkway**
**Plaza Two, Suite 1500**
**Livingston, NJ 07039**
**973-422-1100 Fax:973-422-9122**
**eperkins@becker.legal**

# Exhibit B

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Vitaworks IP, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4464757 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **195 Black Horse Lane**<br>**North Brunswick, NJ 08902**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Vitaworks IP, LLC**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | **Vitaworks IP, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Vitaworks, LLC** | Relationship | |
|---|---|---|---|---|
| | District | **New Jersey** | When **12/31/24** | Case number, if known **24-22767** |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 24-22270-CMG JLB Doc Doc 858 Filed 12/31/24 Filed 12/31/24 Entered 12/31/24 09:58:47 Page Main Document 858 Page 4 of 8

12/31/24 9:57AM

| | |
|---|---|
| Debtor | **Vitaworks IP, LLC** |
| | Name |

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Vitaworks IP, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 31, 2024**
                MM / DD / YYYY

X **/s/ Song Hu**                                            **Song Hu**
Signature of authorized representative of debtor             Printed name

Title     **President**

---

**18. Signature of attorney**

X **/s/ Eric R. Perkins**                          Date **December 31, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**Eric R. Perkins**
Printed name

**Becker LLC**
Firm name

**354 Eisenhower Parkway**
**Plaza Two, Suite 1500**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone   **973-422-1100**     Email address   **eperkins@becker.legal**

Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  **Vitaworks IP, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the Debtor beyond the 341(a) meeting, representation in any non-dischargeability proceedings and/or other Adversary proceedings, representation regarding any subpoenas or document requests and representation to file and prepare amendments to petition, schedules and statement of financial affairs.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 31, 2024**
_Date_

**/s/ Eric R. Perkins**
**Eric R. Perkins**
_Signature of Attorney_
**Becker LLC**
**354 Eisenhower Parkway**
**Plaza Two, Suite 1500**
**Livingston, NJ 07039**
**973-422-1100  Fax: 973-422-9122**
**eperkins@becker.legal**
_Name of law firm_

Attorney General's Office, Div. of Law
Richard J. Hughes Justice Complex
25 West Market Street, P.O. Box 080
Trenton, NJ 08625


Internal Revenue Service
Attn: Bankruptcy Unit
PO Box 7346
Philadelphia, PA 19101


Liping Song
18 Dodds Lane
Princeton, NJ 08540


Songzhou Hu
18 Dodds Lane
Princeton, NJ 08540


State of New Jersey,Division of Taxation
Bankruptcy Unit 3
John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


United States Attorney
Peter Rodino Federal Building
970 Broad Street, 5th Floor
Newark, NJ 07102

# United States Bankruptcy Court
### District of New Jersey

In re     **Vitaworks IP, LLC**                                             Case No.
_____     Chapter     **7**
                              Debtor(s)                                    _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vitaworks IP, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:



■ None [*Check if applicable*]




**December 31, 2024**
_____
Date

**/s/ Eric R. Perkins**
_____
**Eric R. Perkins**
Signature of Attorney or Litigant
Counsel for   **Vitaworks IP, LLC**
**Becker LLC**
**354 Eisenhower Parkway**
**Plaza Two, Suite 1500**
**Livingston, NJ 07039**
**973-422-1100 Fax:973-422-9122**
**eperkins@becker.legal**

# Exhibit C

| | |
|---|---|
| **From:** | Norton, Gerard P. <GNorton@foxrothschild.com> |
| **Sent:** | Friday, January 3, 2025 9:54 AM |
| **To:** | Yang, Stephen |
| **Cc:** | Gaza, Anne Shea; Wilson, Samantha; Keith, Colin A.; Mackrides, Daniel G.; Glanbia.DUS@dentons.com; Lagarenne, Jonathan R.; Spota, Cali R.; DeSantis, Kasey H.; VitaworksGlanbia |
| **Subject:** | Vitaworks v. Glanbia No. 21-327 |

**[WARNING: EXTERNAL SENDER]**

---

Dear Steve,

Both Vitaworks LLC and Vitaworks IP LLC have filed for Bankruptcy in the District of New Jersey on December 31, 2024. Their bankruptcy counsel will file a Suggestion of Bankruptcy in the District of Delaware.

Best,

Gerry



**Gerard P Norton**

Partner

212 Carnegie Center, Suite 400
Princeton, NJ 08540

 (609) 844-3020
(732) 754-5670
(609) 896-1469
 gnorton@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

# Exhibit D

**From:** Tiffany Colombini <tcolombini@becker.legal>
**Sent:** Friday, January 3, 2025 11:14 AM
**To:** Wilson, Samantha <SWilson@ycst.com>
**Cc:** Eric R Perkins <eperkins@becker.legal>; hu vitaworks.com <hu@vitaworks.com>; dchin vitaworks.com <dchin@vitaworks.com>
**Subject:** Vitaworks, LLC and Vitaworks IP, LLC

Good Afternoon Ms Wilson,

Please see attached correspondence with attachments.

Thank you,

Tiffany Colombini, Paralegal
Becker LLC
354 Eisenhower Parkway, Plaza 2
Livingston, NJ 07039
Tel: (973) 422-1100



CONFIDENTIALITY NOTICE: This e-mail contains information that is privileged, confidential and/or attorney work product and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing, or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this e-mail and all attachments from your system. Thank you.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.

# BECKER LLC
## ATTORNEYS AT LAW

ERIC R. PERKINS

MEMBER OF NJ BAR

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 1500
Livingston, New Jersey 07039

Direct:     (973) 251-8925
Main:      (973) 422-1100
Facsimile:  (973) 422-9122

eperkins@becker.legal

January 3, 2025

**VIA E-MAIL (swilson@ycst.com)**
Samantha G. Wilson, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Re:    Vitaworks, LLC, Debtor
       Chapter 7; Case No. 24-22767-CMG

       Vitaworks IP, LLC, Debtor
       Chapter 7; Case No. 24-22770-CMG

       Vitaworks IP, LLC and Vitaworks, LLC
       v. Glanbia Nutritionals (NA), Inc., et al.
       C.A. No. 21-327-JLH

Dear Ms Wilson:

       We represent Vitaworks, LLC and Vitaworks IP, LLC in connection with the filing of a Chapter 7 Bankruptcy with the United States Bankruptcy Court, District of New Jersey, on December 31, 2024.  Copies of the filed Voluntary Petitions are enclosed for your information. Please have this matter placed on the Court's inactive list.

       If you have any questions, please contact our office.  Thank you for your attention to this matter.

                              Very truly yours,

                              /s/Eric R. Perkins

                              ERIC R. PERKINS

ERP/tc
Enc.
cc:    Client